# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**EDSTROM INDUSTRIES, INC.,**

        **Plaintiff,**

        v.                                       Case No. 06-C-964

**COMPANION LIFE INSURANCE COMPANY,**

        **Defendant.**

## ORDER

In accordance with the decision of the United States Court of Appeals for the Seventh Circuit dated February 11, 2008 (USCA No. 07-2165),

IT IS ORDERED that the arbitration award is hereby **vacated**. This matter is returned to the arbitrator to determine whether Edstrom Industries, Inc., knew or should have known that its representation to Companion Life Insurance Company was false, as directed by the Court of Appeals.

The Clerk shall amend the judgment accordingly.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this <u>4th</u> day of April, 2008.

                                                  <u>s/AARON E. GOODSTEIN</u>
                                                  U.S. Magistrate Judge