# United States District Court

Eastern District of Wisconsin

**AMENDED JUDGMENT**

**EDSTROM INDUSTRIES, INC.,**
       **Plaintiff,**

              v.                                          **CASE NO. 06-C-964**

**COMPANION LIFE INSURANCE COMPANY,**

              **Defendant.**

In accordance with the decision of the United States Court of Appeals for the Seventh Circuit dated February 11, 2008 (USCA No. 07-2165), and upon further Order of the District Court dated April 4, 2008, the Judgment entered April 20, 2007, is **amended** as herein:

The arbitration award is **vacated**. The action is returned to the arbitrator to determine whether Edstrom Industries, Inc., knew or should have known that its representation to Companion Life Insurance Company was false, as directed by the Court of Appeals.

                                                    Jon W. Sanfilippo, Clerk of Court
                                                    EASTERN DISTRICT OF WISCONSIN

Date: April 4, 2008                          (By) Deputy Clerk, s/C. Quinn

                                                    Approved this 4th day of April, 2008.

                                                    s/AARON E. GOODSTEIN
                                                    United States Magistrate Judge